UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Davia Delores Lockley**  Docket No. 5:22-CR-232-1M

### Petition for Action on Probation

COMES NOW Taylor R. Westphalen, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Davia Delores Lockley, who, upon an earlier plea of guilty to Unlawful Transfer, Possession, and Use of a Means of Identification, 18 U.S.C. §§ 1028(a)(7) & 1028(b)(1), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on September 25, 2023, to 36 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 22, 2023, the defendant attended her substance abuse assessment. While she was not recommended to participate in substance abuse treatment, it was noted that she would benefit from mental health treatment. The defendant has voiced her desire to participate in same and has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taylor R. Westphalen
Taylor R. Westphalen
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8698
Executed On: December 7, 2023

**ORDER OF THE COURT**

Considered and ordered this 12th day of December, 2023, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge