IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00232-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| DAVIA DOLORES LOCKLEY, | |
| Defendant. | |

This matter comes before the court sua sponte. Pursuant to Rule 36 of the Federal Rule of Criminal Procedure, the court notifies the parties of an error in the Judgment (DE 28) arising from an omission. At sentencing in this case, the court intended to impose restitution against the Defendant and hold all co-Defendants who engaged in the same criminal conduct jointly and severally liable for the restitution amount. The court has done so in all related cases. *See United States v. Shaw*, 5:22-cr-00231-M; *United States v. Reid*, 5:23-cr-00157-M.

Therefore, on or before February 12, 2024, the parties shall file any written objection(s) to the court issuing an Amended Judgment, which adds an order directing that all co-Defendants who engaged in the same criminal conduct be jointly and severally liable for the restitution amount attributed to Defendant ($68,500.00). *See* DE 28 at 6. If no objections are filed by the deadline, the court will issue the Amended Judgment.

SO ORDERED this 26th day of January, 2024.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE