IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00232-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVIA DOLORES LOCKLEY,<br><br>    Defendant. | ORDER |

This matter comes before the court sua sponte. Pursuant to Rule 36 of the Federal Rule of Criminal Procedure, the court notified the parties of an error in the Judgment (DE 28) arising from an omission. *See* DE 31. At sentencing in this case, the court intended to impose restitution against the Defendant and hold all co-Defendants who engaged in the same criminal conduct jointly and severally liable for the restitution amount. *See id.* The court has done so in all related cases. *See United States v. Shaw*, 5:22-cr-00231-M; *United States v. Reid*, 5:23-cr-00157-M.

Having no objection in this case, the court directs the Clerk of the Court to issue an Amended Judgment, which adds an order directing that all co-Defendants who engaged in the same criminal conduct be jointly and severally liable for the restitution amount attributed to Defendant ($68,500.00). *See* DE 28 at 6.

SO ORDERED this 14th day of February, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE